In the Matter of BRINGS SHORTENINGS, INC., Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets of the State of New York, Respondent.—

554

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.